IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION
AT MEMPHIS

| | | |
|---|---|---|
| KAY VANDEVENDER, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 05-2735 DV |
| | ) | |
| vs. | ) | |
| | ) | |
| WAL-MART STORES East, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 68 JUDGMENT

Pursuant to the Offer of Judgment made by Defendant Wal-Mart Stores East, L.P. and accepted by Plaintiff Kay Vandevender, judgment shall be and the same is hereby entered against Wal-Mart Stores East, L.P. as follows:

1. Judgment is entered against Wal-Mart without admission of liability in this case in the amount of fifteen thousand dollars ($15,000.00) in full and final settlement of all claims, including, but not limited to any claims for attorney fees and costs, existing by and between Plaintiff and Wal-Mart.

2. This Judgment is entered for the purposes specified in Rule 68 and is not to be construed as an admission that Wal-Mart is liable in this action, or that the Plaintiff has suffered any damage.

IT IS SO ORDERED.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

M ALM 915361 v1
2825865-000246 11/30/05

_____
U.S. DISTRICT COURT JUDGE

12-5-2005
DATE

APPROVED FOR ENTRY:

_____
Antonio L. Matthews (018107)
Attorney for Wal-Mart Stores East, LP

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue
1900 First Tennessee Building
Memphis, Tennessee 38103
(901) 526-2000

_____
Kevin A. Snider (18231)   w/ permission
Attorney for Plaintiff Kay Vandevender      ALM
7700 Poplar Avenue, Suite 212
Germantown, Tennessee 38138

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed, postage prepaid, to Kevin A. Snider, 7700 Poplar Avenue, Suite 212, Germantown, Tennessee 38138 this ___1___ day of ___December___, 2005.

_____

M ALM 915361 v1
2825865-000246  11/30/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02735 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Kevin A. Snider
SNIDER HORNER & NEW, PLLC.
7700 Poplar Ave.
Ste. 212
Germantown, TN 38138

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT