IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 DEC -6 AM 9: 35

THOMAS M. GOULD
CLERK ⎯⎯ T COURT

| | | |
|---|---|---|
| KAY VANDEVENDER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-2735 DV |
| | ) | |
| vs. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## [] CONSENT ORDER AMENDING COMPLAINT TO NAME WAL-MART STORES EAST, L.P. AS DEFENDANT AND DISMISS WITH PREJUDICE WAL-MART STORES, INC.

It appearing to the Court, as evidenced by the signatures of legal counsel for both the Plaintiff and the Defendant, that:

(a)   Wal-Mart Stores, Inc. is an improperly named party in this cause; and

(b)   The proper entity name for the Defendant is Wal-Mart Stores East, L.P.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint shall be and the same is hereby amended to name Wal-Mart Stores East, L.P. as the proper Defendant in this matter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Wal-Mart Stores, Inc. is hereby dismissed with prejudice.

All of which is hereby so ORDERED this 5th day of _December_, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/7/05_

M ALM 915345 v1
2825865-000246 11/30/05

*[signature]*
U.S. DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

*[signature]*

Antonio L. Matthews (018107)
Attorney for Wal-Mart Stores East, LP
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue
1900 First Tennessee Building
Memphis, Tennessee 38103
(901) 526-2000

*[signature]* w/permission *[signature] Antonio L. Matthews*

Kevin A. Snider (18231)
Attorney for Plaintiff Kay Vandevender
7700 Poplar Avenue, Suite 212
Germantown, Tennessee 38138

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02735 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Kevin A. Snider
SNIDER HORNER & NEW, PLLC.
7700 Poplar Ave.
Ste. 212
Germantown, TN 38138

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT